OPINION — AG — WITH REFERENCE TO YOUR INQUIRY AS TO WHETHER A SISTER OF ONE OF THE COUNTY COMMISSIONERS MAY LEGALLY CONTINUE TO ACT AS ASSISTANT LIBRARIAN, YOU ARE ADVISED THAT INQUIRY WHICH YOU HAVE MADE THROUGH OUR STATE LIBRARIAN INDICATES THAT YOUR LIBRARY, TO WHICH YOU REFER, WAS ORGANIZED AND SET UP AS A CITY LIBRARY AND HAS CONTINUED TO BE SUCH, EVEN THROUGH MONEYS FROM THE COUNTY FUNDS MAY BE USED IN ITS MAINTENANCE. AFFIRMATIVE (NEPOTISM) (SAM LATTIMORE)